# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2013

*The Court of Appeals hereby passes the following order:*

## A14I0024.  GARY FROST v. THE STATE.

Gary Frost filed this application for interlocutory appeal seeking review of the trial court's order denying his plea of former jeopardy. However, because the denial of a plea in bar on double jeopardy grounds is considered a final appealable judgment within the meaning of OCGA § 5-6-34 (a), it is directly appealable.[1] *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982); *Roesser v. State,* 316 Ga. App. 850, 851, n. 1 (730 SE2d 641) (2012); *McDaniel v. State*, 224 Ga. App. 5 (479 SE2d 779) (1996).

We will grant an otherwise timely application for either interlocutory or discretionary appeal if the lower court's order is subject to direct appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486, n.1 (602 SE2d 246) (2004); OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Frost shall have ten days from the date of this order to file a notice of appeal with the trial court. If Frost has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Frost also challenges as error the trial court's ruling on an evidentiary ruling, which ruling can be considered on direct appeal. See OCGA § 5-6-34 (d).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 10/10/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*